UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LASHAWNA LANE-MURRAY, as Independent Administrator of the Estate of SYDNI MURRAY, deceased, <br><br> Plaintiff, <br><br> v. <br><br> JIMMY PAYTON, TANGY BOWMAN, & UNITED STATES POSTAL SERVICE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) NO: 1:17-CV-08474 <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF TANGY BOWMAN PURSUANT TO FEDERAL RULE 41(a)(1)

Plaintiff, LaShawna Lane-Murray, hereby serves notice that Pursuant to Rule 41(a)(1), Plaintiff voluntarily dismisses Defendant, Tangy Bowman, from the above captioned action. Said dismissal is sought without prejudice and applies solely to Tangy Bowman.

Respectfully Submitted:

_____
CANNON D. LAMBERT, Sr., Esq.

Karchmar & Lambert, P.C.
211 W. Wacker, Ste. 1400
Chicago IL 60606
Ph: (312) 977-1300
Fax: (312) 977-1999
Cannon@KarchmarLambert.com