# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Lashawna Lane-Murray, et al.,

Plaintiff(s),

v.

Jimmy Payton, et al.,

Defendant(s).

Case No. 17 C 8474
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of Plaintiff and against Defendants as follows: against Defendant Payton, damages are awarded in the total amount of $1,761,759.09, apportioned as Lashawna Lane-Murray receiving $550,000; another $550,000 to K.M.; $400,000 to S.M.; $250,000 to A.M; and the estate is entitled to $11,759.09 in funeral expenses. Judgment entered against Defendant United States, based on 5% responsibility, for a damages award of $88,087.95, with the same pro rata apportionment.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☒ tried by Judge Edmond E. Chang without a jury and the above decision was reached.
☐ decided by Judge       on a motion

Date: 7/8/2020                           Thomas G. Bruton, Clerk of Court

                                         /s/ Michael Wing, Deputy Clerk