**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LASHAWNA LANE-MURRY, as Independent Administrator of the Estate of SYDNI MURRAY, deceased, ) ) ) ) | No. 17 C 8474 |
| Plaintiff, ) ) | JUDGE EDMUND E. CHANG |
| vs. ) ) | |
| JIMMY PAYTON, et al. ) ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO WITHDRAW AS RECRUITED COUNSEL FOR DEFENDANT, JIMMY PAYTON**

Recruited Counsel for Defendant, Jimmy Payton, comes before the Court and respectfully Motions this Court to enter an Order that he be relieved from his appointment and his appearance on behalf of Jimmy Payton be withdrawn:

1. On October 25, 2018, the Honorable Judge Chang recruited attorney Dennis Stefanowicz to represent Defendant Jimmy Payton in this matter.

2. This case has been fully litigated through trial, which concluded on March 4, 2020.

3. A final Judgment, Opinion and Order were filed on July 8, 2020 and entered on July 9, 2020.

4. Recruited Counsel has advised the Defendant of the Judgment verbally, in writing and a copy of the Judgment, Opinion and Order has been provided to Mr. Payton.

5. Pursuant to United States District Court, Local Rule 83_37, assigned counsel shall represent the party in the action from the date counsel enters an appearance until a final

judgment has been entered. Assigned counsel is not required to represent a party on appeal.

      6. When an attorney seeks to withdraw from representing a party in a case and no other attorney has an active appearance on the docket for that party, United States District Court, Local Rule 83_17 requires a notification of party contact information be electronically filed as an attachment to the motion to withdraw. A copy of said notification of party contact has been filed and attached hereto as exhibit A.

      Wherefore, recruited counsel respectfully requests that this his motion be granted and that he be relieved from his appointment and his appearance on behalf of Jimmy Payton be withdrawn.

                                        Recruited Counsel for Defendant Jimmy Payton

                                        /s/ Dennis Stefanowicz
                                        HOLMAN & STEFANOWICZ, LLC
                                        By: Dennis Stefanowicz

HOLMAN & STEFANOWICZ, LLC
Dennis Stefanowicz, #6210166
Attorneys for Defendant Payton
233 South Wacker Drive, Suite 9305
Chicago, Illinois 60606
312-766-0523
dhs@hs-attorneys.com

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:17-cv-08474

**Case Title**: Lane-Murray v. Payton, et al.

**Judge**: Edmund Chang

**Name of Attorney submitting the motion to withdraw**:
Dennis H. Stefanowicz, Jr.

**Name of Client**:
Jimmy Payton

**Mailing address of Client**: Vienna Correctional Center, 6695 State Route #146 East

**City:** Vienna          **State:** Illinois

**Zip:** 62995            **Telephone Number:** n/a

I attest that the above information is true and correct to the best of my knowledge.

**Signed:** _/s/ illegible signature_

**Date:** June 10, 2020

EXHIBIT A